## ATTACHMENT 1

### LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY:

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 106,800.00 | 87,139.70 | 100% | 19,660.30 | 0 |
| REAL ESTATE OTHER THAN PERSONAL RESIDENCE | | | | | |
| HHG/PERSONAL EFFECTS | 3000.00 | | 100% | 3000.00 | 0 |
| JEWELRY | 1500.00 | | 100% | 1500.00 | 0 |
| CASH/BANK ACCOUNTS | 1033.35 | | 100% | 1033.35 | 0 |
| VEHICLES | 2098.00 | 6,025.89 | N/a | N/a | N/a |
| OTHER *(itemize)* Clothes | 200.00 | | 100% | 200.00 | 0 |
| OTHER *(itemize)* Tax Ret | 425.00 | | 100% | 425.00 | 0 |
| OTHER *(itemize)* Lf Ins. | 0.00 | | 100% | All | 0 |

Amount available upon liquidation.................................................... $ 0

Less administrative expenses and costs............................................ $ 0

Less priority claims.......................................................................... $ 0

Amount Available in Chapter 7......................................................... $ 0