# ATTACHMENT 1

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY:

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 106800.00 | 87139.70 | 100% | 19660.30 | 0 |
| REAL ESTATE OTHER THAN PERSONAL RESIDENCE | | | | | |
| HHG/PERSONAL EFFECTS | 3000.00 | | 100% | 3000.00 | 0 |
| JEWELRY | 1500.00 | | 100% | 1500.00 | 0 |
| CASH/BANK ACCOUNTS | 1033.35 | | 100% | 1033.35 | 0 |
| VEHICLES | 5923.00 | 6049.81 | n/a | n/a | n/a |
| OTHER (itemize) Clothes | 200.00 | | 100% | 200.00 | 0 |
| OTHER (itemize) Tax Rtn | 425.00 | | 100% | 425.00 | |
| OTHER (itemize) Lf Ins. | 0 | | 100% | n/a | n/a |

Amount available upon liquidation ................................................................ $ ___0___

Less administrative expenses and costs ........................................................ $ ___0___

Less priority claims ....................................................................................... $ ___0___

Amount Available in Chapter 7 ..................................................................... $ ___0___