UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

CAROLE A COLBY

Debtor

Case No: 16-20101-dob
CHAPTER 13
Judge: DANIEL S OPPERMAN

## TRUSTEE'S NOTICE PURSUANT TO LBR 3001-2

Let all interested parties take notice that the Trustee was servied with notice by Ocwen Loan Servicing LLC, a creditor with a filed §1322(b)(5) or (b)(7) proof of claim, of a change in the periodic payments due to this creditor.

Pursuant to Eastern District of Michigan Local Bankruptcy Rule 3001-2 the Chapter 13 Trustee gives the following notice:

The current mortgage payment change effective June 30, 2017 does not maintain plan feasibility

Dated: June 10, 2017

/s/Thomas W. McDonald, Jr.
Thomas W. McDonald, Jr.
Chapter 13 Trustee Office
3144 Davenport Ave.
Saginaw, MI 48602
Telephone (989) 792-6766
ecf@mcdonald13.org

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-NORTHERN DIVISION

In the Matter of:                  Case No: 16-20101-dob
                                                 CHAPTER 13
CAROLE A COLBY             Judge: DANIEL S OPPERMAN

                 Debtor

## TRUSTEE'S CERTIFICATE OF SERVICE

    I hereby certify that on June 10, 2017, I electronically filed the Chapter 13 Trustee's Notice pursuant to LBR 3001-2(c) ith the Clerk of the Court using the ECF system :

                                                 /s/ Shirley Barber
                                                 Shirley Barber
                                                 Office of Thomas W. McDonald, Jr.
                                                 Chapter 13 Trustee
                                                 3144 Davenport Avenue
                                                 Saginaw, MI 48602
                                                 Telephone: (989) 792-6766